IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALFRED B. COOK, III AND
MARJORIE ANN DRUMM,

      Appellants,

v.

FERNANDINA SEAFOOD
COMPANY, A FLORIDA
CORPORATION,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4349

Opinion filed November 6, 2014.

An appeal from an order of the Circuit Court for Nassau County.
Suzanne Bass, Judge.

Michael S. Mullin and Cristine M. Russell of Rogers Towers, P.A., Jacksonville, for Appellants.

Harlan L. Paul of Paul, Elkind & Branz, P.A., DeLand, for Appellee.

PER CURIAM.

      The Court has determined that the Amended Partial Final Judgment is not a final order because it fails to fully resolve the claim for specific performance and contemplates the exercise of further judicial labor. Accordingly, the appeal is

dismissed. The Court declines to relinquish jurisdiction as requested by the appellants in their response to the Court's October 1, 2014, order. See Demont v. Demont, 24 So. 3d 699 (Fla. 1st DCA 2009) (dismissing appeal rather than allowing lower court to enter a final order where an indeterminate amount of judicial labor remained to be done before a final order could be entered).

PADOVANO, WETHERELL, and SWANSON, JJ., CONCUR.